ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 23 2016
CLERK, U.S. DISTRICT COURT
By _____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. |
| FELIX CANTU (1)<br>GILBERTO GOMEZ (2) | 3-16CR0119-N |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Possess with Intent to Distribute 500 grams or more of Methamphetamine
(Violation of 21 U.S.C. § 846 and § 841(b)(1)(A)(viii))

Beginning on or about November 17, 2015 and continuing to on or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Felix Cantu** and **Gilberto Gomez**, and others known and unknown to the Grand Jury, knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with each other, to Possess with Intent to Distribute 500 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a controlled substance.

All in violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A)(viii)).

<u>Count Two</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 841(a) and (b)(1)(A)(viii)) and 18 U.S.C. §2

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Felix Cantu** and **Gilberto Gomez**, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(A)(viii) and 18 U.S.C § 2.

<u>Count Three</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of Title 18 U.S.C. § 924(c)(1)(A)(i))

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Felix Cantu** and **Gilberto Gomez**, did knowingly possess a firearm, to wit: one Glock pistol, bearing serial number NNN153; one Glock pistol, bearing serial number PVL816; one Taurus Pistol, bearing serial number TCU81879; one Smith and Wesson pistol, bearing serial number 13D6772; one RG Derringer pistol, bearing serial number N201518; one Fed Arms rifle, bearing serial number 005724; and one MAC90 rifle, no visible serial number, in furtherance of the commission of a drug trafficking crime, for which the defendants may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute a mixture or substance containing 500 grams or more of a detectible amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. § 846, as charged in Count One of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Forfeiture Notice
(18 U.S.C. § 924(d) and 21 U.S.C. § 853)

Upon conviction for any of the offenses charged in Counts One, Two, or Three of the indictment, pursuant to 18 U.S.C. § 924(d), the defendants, **Felix Cantu** and **Gilberto Gomez**, shall forfeit to the United States of America any firearm and ammunition and magazine involved or used in the offenses, including the firearms listed below.

Upon conviction for any of the offenses charged in Counts One or Two of this indictment and pursuant to 21 U.S.C. § 853, the defendants, **Felix Cantu** and **Gilberto Gomez**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the offenses listed in Counts One and Two or to facilitate the commission of the offenses.

This property includes, but is not limited to, the following:

(1) $37,229 in U.S. Currency seized on March 1, 2016;

(2) One Glock pistol, bearing serial number NNN153, recovered March 1, 2016;

(3) One Glock pistol, bearing serial number PVL816, recovered March 1, 2016;

(4) One Taurus Pistol, bearing serial number TCU81879, recovered March 1, 2016;

(5) One Smith and Wesson pistol, bearing serial number 13D6772, recovered March 1, 2016;

(6) One RG Derringer pistol, bearing serial number N201518, recovered March 1, 2016;

(7) One Fed Arms rifle, bearing serial number 005724, recovered March 1, 2016;

(8) One MAC90 rifle, no serial number, recovered March 1, 2016;

(9) All ammunition and magazines seized with the above listed firearms;

(10) All lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3907 Palacios, legal description being Joe A Irwin 2, Block 10/7163 LT 26, Dallas, Texas.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
L. RACHAEL JONES
Assistant United States Attorney
Texas Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:  214.659.8600
Fax: 214.659.8805
rachael.jones@usdoj.gov

Indictment - Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

FELIX CANTU (1)
GILBERTO GOMEZ (2)

INDICTMENT

21 USC § 846 and §§ 841(a) and (b)(1)(A)(viii)
Conspiracy to Possess with Intent to Distribute 500 grams or more of Methamphetamine

21 USC § 841(a) and (b)(1)(A)(viii) and 18 USC § 2
Possession with Intent to Distribute Methamphetamine

18 USC §§ 2, 924(c)(1)(A)(i) and (B)(i)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 USC § 924(d) and 21 USC § 853
Forfeiture Notice

3 Counts

A true bill rendered

DALLAS                                                    FOREPERSON

Filed in open court this 23rd day of March, 2016.

**Warrant to be Issued - In State Custody**
Felix Cantu

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:16-MJ-191-BN