U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 2 0 2016
CLERK, U.S. DISTRICT COURT
By ______ Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

FELIX CANTU (1)
GILBERTO GOMEZ (2)

NO. 3:16-CR-0119-N

**Supersedes Indictment**
**Filed on March 23, 2016**

SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to Distribute 500 grams or more of Methamphetamine
(Violation of 21 U.S.C. §§ 846 and 841(a) and (b)(1)(A)(viii))

Beginning on or about November 17, 2015, and continuing to on or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Felix Cantu** and **Gilberto Gomez**, and others unknown to the Grand Jury, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with each other, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(a) and (b)(1)(A)(viii).

Count Two
Possession with Intent to Distribute 500 grams or more of Methamphetamine
(Violation of 21 U.S.C. § 841(a) and (b)(1)(A)(viii) and 18 U.S.C. §2)

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Felix Cantu** and **Gilberto Gomez**, and others unknown to the Grand Jury, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(A)(viii) and 18 U.S.C § 2.

Count Three

Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2)

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Felix Cantu** and **Gilberto Gomez**, aiding and abetting one another, did knowingly possess a firearm, to wit: one Glock pistol, bearing serial number PVL816, in furtherance of the commission of a drug trafficking crime, for which the defendants may be prosecuted in a court of the United States, that is, possession with intent to distribute 500 grams or more of a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. § 841(a) and 18 U.S.C. § 2, as charged in Count Two of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Count Four
Possession with Intent to Distribute Cocaine
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C)) and 18 U.S.C. § 2)

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Felix Cantu** and **Gilberto Gomez**, and others unknown to the Grand Jury, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute a mixture and substance containing cocaine, a controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(C) and 18 U.S.C § 2.

Count Five
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(C)(i))

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Gilberto Gomez**, did knowingly possess a firearm, to wit: one Fed Arms rifle, bearing serial number 005724; and one MAC90 rifle, no visible serial number, in furtherance of the commission of a drug trafficking crime, for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a) as charged in Count Four of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(C)(i).

Count Six

Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(C)(i))

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Felix Cantu**, did knowingly possess a firearm, to wit: one Glock Pistol, bearing serial number NNN153, in furtherance of the commission of a drug trafficking crime, for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a) as charged in Count Four of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(C)(i).

Count Seven
Possession with Intent to Distribute Marijuana
(Violation of 21 U.S.C. § 841(a) and (b)(1)(D))

On or about March 1, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Gilberto Gomez**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(D).

Forfeiture Notice
(18 U.S.C. § 924(d) and 21 U.S.C. § 853)

Upon conviction for any of the offenses charged in Counts One through Seven of the superseding indictment, pursuant to 18 U.S.C. § 924(d), the defendants, **Felix Cantu** and **Gilberto Gomez**, shall forfeit to the United States of America any firearm and ammunition and magazine involved or used in the offenses, including the firearms listed below.

Upon conviction for any of the offenses charged in Counts One through Seven of the superseding indictment, pursuant to 21 U.S.C. § 853, the defendants, **Felix Cantu** and **Gilberto Gomez**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the offenses listed in Counts One through Eight or to facilitate the commission of the offenses.

This property includes, but is not limited to, the following:

(1) $37,229 in U.S. Currency seized on March 1, 2016;

(2) One Glock pistol, bearing serial number NNN153, recovered March 1, 2016;

(3) One Glock pistol, bearing serial number PVL816, recovered March 1, 2016;

(4) One Taurus pistol, bearing serial number TCU81879, recovered March 1, 2016;

(5) One Smith and Wesson pistol, bearing serial number 13D6772, recovered March 1, 2016;

(6) One RG Derringer pistol, bearing serial number N201518, recovered March 1, 2016;

(7) One Fed Arms rifle, bearing serial number 005724, recovered March 1, 2016;

(8) One MAC90 rifle, no visible serial number, recovered March 1, 2016;

(9) All ammunition and magazines seized with the above listed firearms; and

(10) All lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3907 Palacios, legal description being Joe A. Irwin 2, Block 10/7163 LT 26, Dallas, Texas.

A TRUE BILL

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

L. RACHAEL JONES
Assistant United States Attorney
Texas Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214.659.8600
Fax: 214.659.8805
E-mail: rachael.jones@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

FELIX CANTU (1)
GILBERTO GOMEZ (2)

---

SUPERSEDING INDICTMENT

21 USC § 846 and §§ 841(a) and (b)(1)(A)(viii)
Conspiracy to Possess with Intent to Distribute 500 grams or more of Methamphetamine

21 USC § 841(a) and (b)(1)(A)(viii) and 18 USC § 2
Possession with Intent to Distribute 500 grams or more of Methamphetamine

18 USC §§ 924(c)(1)(A)(i) and 2
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

21 USC § 841(a) and (b)(1)(C) and 18 USC § 2
Possession with Intent to Distribute Cocaine

18 USC § 924(c)(1)(C)(i)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

21 USC 841(a) and (b)(1)(D)
Possession with Intent to Distribute Marijuana

18 USC § 924(d) and 21 USC § 853
Forfeiture Notice

7 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 20th day of December, 2016.

---

**No Warrant Needed**

---

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:16-CR-119-N