**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **3:16 – CR – 00119– N** |
| | ) | |
| **GILBERTO GOMEZ,** | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT GILBERTO GOMEZ – WITNESS LIST

Defendant via counsel KIRK F. LECHTENBERGER files this Motion or Notice per Rule 16 and this Court's Pretrial Order the following list of witnesses for trial:

WITNESS (Possible and Probable)

1.   Cristina Franco   -   Address: 1750 FM 423 Apt. #742 Frisco, TX

Will testify as to the living arrangements at her residence in Frisco, Texas and the residence at 3907 Palacios.  Will testify as to the events on 03/01/2016.  Will testify as to background information regarding Felix Cantu and Mr. Gomez.  Will testify about her opinion and the reputation of Felix Cantu for being truthful and law abiding (or lack thereof).

2.   Dolores Santoya   -   Address: 3703 Pueblo St. Dallas, TX

Will testify as to the ownership of the residence at 3907 Palacios.  Will testify about Mr. Gomez's occupation.

3.      Monica Gomez      -    Address: 3703 Pueblo St. Dallas, TX

Will testify about Mr. Gomez's occupation.   Will testify about her opinion and the reputation of Felix Cantu for being truthful and law abiding (or lack thereof).

4.      Simon Gomez       -    Address: 3703 Pueblo St. Dallas, TX

Will testify about a meeting between Felix Cantu and Mr. Gomez sometime in the summer or early fall of 2015. Will testify about his opinion and the reputation of Felix Cantu for being truthful and law abiding (or lack thereof).

5.      Edmond Gomez      -    Address: 3703 Pueblo St. Dallas, TX

Will testify to his past connections concerning 3907 Palacios.   Will testify about his opinion and the reputation of Felix Cantu for being truthful and law abiding (or lack thereof).

6.      Maria Robledo      -    Address:  229 Red Clay Rd. #301 Laurel, MD

Will testify to events on 03/01/2016.

7.      Larry Peters (EXPERT)   -   Address:  Gunter, TX 75058

Will testify and cover the proper methodology and the analysis of fingerprints.

------

Counsel also adopts all Government Witnesses.

Respectfully Submitted,


By:/s/ Kirk F. Lechtenberger
KIRK F. LECHTENBERGER
Texas Bar No. 12072100

2525 McKinnon, Suite 420
Dallas, Texas 75201
O       214 / 871-1804
F       214 / 871-3033
E       kflechlawyer@gmail.com


**CERTIFICATE OF SERVICE**

I, Kirk F. Lechtenberger, state that on the date shown below, a true and correct copy of the Motion was sent / filed with the Court and the Assistant United States Attorney via ECF delivery.

Date:  03/12/2017

/s/ Kirk F. Lechtenberger
Kirk F. Lechtenberger