3:16cr119-N(2)
USA v. Gomez

Jury Note

DONE.

WE ARE

READY

Presiding Juror
Anndra Hanell