IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. Action No. 3:16-CR-119-N |
| GILBERTO GOMEZ | § § | |

## VERDICT OF THE JURY

We, the Jury, find the Defendant "Guilty" or "Not Guilty" as follows:

Count 1 – conspiracy

__Guilty__

Count 2 – controlled substance – methamphetamine

__Guilty__

Count 3 – firearm (in relation to Count 2)

__Guilty__

Count 4 – controlled substance – cocaine

__Guilty__

Count 5 – firearm (in relation to Count 4)

__Guilty__

Count 7 – controlled substance – marijuana

__Guilty__

COURT'S CHARGE – PAGE 22

Signed this the 22 day of March, 2017.

_____
Presiding Juror