IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:16-CR-0119-N |
| FELIX CANTU (1)<br>GILBERTO GOMEZ (2) | |

## **PRELIMINARY ORDER OF FORFEITURE**

Before the court is the government's Motion for a Preliminary Order of Forfeiture. After consideration, the court determines the motion should be and is hereby granted. The government notified the defendant that it would seek to forfeit

1. Glock pistol, bearing serial number NNN153;

2. Glock pistol, bearing serial number PVL816;

3. Taurus pistol, bearing serial number TCU81879;

4. Smith and Wesson pistol, bearing serial number 13D6772;

5. RG Derringer pistol, bearing serial number N201518;

6. Fed Arms rifle, bearing serial number 005724;

7. MAK90 rifle, no visible serial number, recovered March 1, 2016;

8. any ammunition, magazines, and/or accessories recovered with the firearms

9. The real property located at located at 3907 Palacios, Dallas, Texas

("the property") upon the defendants conviction on Counts One-Seven of the superseding Indictment.  The defendants were found guilty at trial by a jury.

**Preliminary Order of Forfeiture – Page 1**

Based on the defendants being found guilty at trial, the government has established the requisite nexus between the property and the violations charged in the superseding indictment. Accordingly, the property is subject to forfeiture to the government the court finds the property is subject to forfeiture to the government pursuant to 21 U.S.C. § 853. It is therefore ordered that the property is forfeited to the government, subject to the provisions of 21 U.S.C. § 853(n).

It is further ordered that, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2, the Drug Enforcement Administration and the United States Marshal's Service shall seize the property and hold it in its secure custody and control pending a final order of forfeiture.

It is further ordered that, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2, the Attorney General shall publish notice of the forfeiture order for at least 30 consecutive days on an official government Internet site (www.forfeiture.gov). The notice shall state the government's intent to dispose of the property and state that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the court no later than 60 days after the first day of the publication and serve a copy on the Asset Recovery Unit, U.S. Attorney's Office, Northern District of Texas, 1100 Commerce Street, Third Floor, Dallas, Texas 75242. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; shall be signed by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property,

and any additional facts supporting the petitioner's claim and the relief sought. The government shall send, by means reasonably calculated to reach the person, written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture.

Upon adjudication of all third-party interests, this court will enter a final order of forfeiture addressing those interests.

**SO ORDERED.**

Signed May 15, 2018.

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**