**U.S Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for "Service of Process by the U.S Marshal"

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2018 MAY 16 A 8:14

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:16-CR-119-N |
| DEFENDANT | TYPE OF PROCESS |
| Felix Cantu(1) and Gilberto Gomez (2) | Post and Walk |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Real Property located at 3907 Palacios, Dallas, Texas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark J. Tindall
Assistant United States Attorney
1100 Commerce Street, Third Flood
Dallas, Texas 75242

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Asset ID: 17-DEA-635906
The USMS (or its designee) is ordered to "post and walk" a copy of the Preliminary Order of Forfeiture at the property described above. If the property is vacant, please secure the property pending a Final Order of Forfeiture

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Mark J. Tindall by D. Barbour | | (214) 659-8600 | 5/16/18 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | [signature] | 5/16/18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5-17-18
Time: 1140 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: Mason Newman 4812

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal* or (Amount of Refund) |
|---|---|---|---|---|---|
| $65.00 | $9.46 | 0 | 74.46 | 0 | 0 |

REMARKS: Two Pitbulls @ residence, smelled of marijuana. Female parked in gray Nissan Altima was @ residence
(1) 1 DUSM @ $65/hr @ .565 a mile for 16.8 miles

PRIOR EDITIONS MAY BE USED

FORM USM-285