To. Judge David C. Godbey

I would like to appeal your decision reguarding the property on 3907 Palacios Dallas Tx, 75212 case # 3:16-CR-0119-N. The property was seized and recently forfeitured.

Gilberto Gomez
53930-177

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 30 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

