IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                          NO.  3:16-CR-0119-N

FELIX CANTU (1)
GILBERTO GOMEZ (2)

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that

the government posted notice of this forfeiture action on an official government internet

site (www.forfeiture.gov) for at least 30 consecutive days beginning on May 17, 2018, as

shown by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


*/s/ Mark J. Tindall*
MARK J. TINDALL
Assistant United States Attorney
Texas State Bar No. 24071364
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8600
Email: mark.tindall@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with

Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing

(ECF), the following document:

Government's Notice of Publication

was served on June 19, 2018 pursuant to the district court's ECF system as to ECF filers.


/s/ Mark J. Tindall
MARK J. TINDALL
Assistant United States Attorney