# EXHIBIT 1

**Hollerbach & Associates, Inc.**
Title Research & Abstracting
www.hollerbach.com

**CLIENT:** CHRONOS SOLUTIONS
LYNN KOLER (MMR138168)

**H&A SEARCH #:** HA263838

# CHAIN OF TITLE

**SUBJECT:** GILBERTO GOMEZ; 3907 PALACIOS AVENUE, DALLAS, TEXAS 75212

**LEGAL DESCRIPTION:** LOT TWENTY-SIX (26), BLOCK 10/7163, OF THE JOE A. IRWIN ADDITION #2 TO THE CITY OF DALLAS, TEXAS, AS DESCRIBED IN PLAT RECORDED IN VOLUME 9, PAGE 11, PLAT RECORDS, DALLAS COUNTY, TEXAS.

| INST TYPE | DATED | FILED | VOL/PG INST # | GRANTOR/MORTGAGOR/ASSIGNOR | GRANTEE/MORTGAGEE/ASSIGNEE | REMARKS/REFERENCES |
|---|---|---|---|---|---|---|
| WARRANTY DEED | 11/12/1998 | 12/28/1998 | 98250/2157 | ARNOLDO GARZA, JR. AND WIFE, DELIA S. GARZA | DOLORES GOMEZ | CONVEYS SUBJECT PROPERTY |
| QUIT CLAIM DEED | 08/22/2011 | 08/26/2011 | 201100225463 | DOLORES GOMEZ | GILBERTO GOMEZ | CONVEYS SUBJECT PROPERTY |