IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GILBERTO GOMEZ (02) | NO.  3:16-CV-119-N |

# DECLARATION

I, Travis K. Elder, an Assistant United States Attorney for the Northern District of Texas, declare:

1. As allowed by 28 U.S.C. § 1746, this declaration in lieu of an affidavit, is made in support of a motion for interlocutory sale of 3907 Palacios, Dallas, Texas.

2. I represent the United States of America in handling forfeiture issues in this action.

3. In December 2020 and again on January 8, 2021, I called the phone number of Dolores Santoya, pro se petitioner, using the number listed in her petition (Dkt. 143).  I have not received a call back from Ms. Santoya.

4. On January 7, 2021, an attorney representing Dallas County, Texas; City of Dallas; Dallas County Community College; Parkland Hospital District; Dallas County School Equalization Fund, and Dallas Independent School District provided me with a tax statement for 3907 Palacios Ave, Dallas, Texas.  The statement shows that as of February 28, 2021, the property will be $19,835 arrears in taxes, penalties, and interest.

5. An email from former AUSA, Greg Martin, in the case file indicates that

the court has forestalled ruling on the motion to strike because of a pending motion for new trial.

6. A United States Marshals Service ("USMS") contractor informed me in or about December 2020 that the USMS had hired a company to check on the property due to break ins at the property. He also indicated that the property is vacant.

7. In reviewing property appraisal reports sent to our office by the USMS, these indicate the property was valued in 2018 at $143,000. The reports also indicate that Gilberto Gomez is the titled owner and that the only third-party interest is that of Dolores Santoya who filed a Claim of Lien on April 7, 2017, for labor and services of $24,500 (document 201700098669).

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on 8th day of January, 2021.

/s/ Travis K. Elder
TRAVIS K. ELDER
Assistant United States Attorney
Utah Bar No. 11987
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
T: 214-659-8600 | F: 214-659-8812
travis.elder@usdoj.gov