

201700098669
_ML AFF_ 1/3

# Claim of Lien

**MAIL TO:**
Dolores Santoya , Requestor
3703 Pueblo St
Dallas, TX 75212

Gilberto Gomez , the ☑ Lienor ☐ Lienor's Agent stated herein, being duly sworn, states that the following is true:

1. This Claim of Lien concerns the contract between, Dolores Santoya ,
Lienor, and Gilberto Gomez , executed on April 2, 2017 .
2. Owner(s) Name(s): Gilberto Gomez
3. Owner(s) address: 3907 Palacios Ave Dallas, TX 75212
4. Real property location: Dallas County/Parish, State of Texas
5. Real property description: JOE A IRWIN 2
   BLK 10/7163 LT 26

6. Total value of real property: $ 85,960.00
7. Total amount owed on real property: $ 0
8. Mortgagee for the real property (if applicable): 0
9. Labor, services, and/or materials supplied by Lienor: 24,500.00

10. Value of the provided labor, services, and/or materials: $ 24,500.00
11. Amount that remains unpaid on provided labor, services, and/or materials: $ 24,500.00
12. First day that Lienor supplied the labor, services, and/or materials: March 20, 2016
13. Last day that Lienor supplied the labor, services, and/or materials: March 31, 2017
14. If required, Lienor served Preliminary Notice to Owner(s) on 0
by _____.

© SmartLegalForms
LF136 Claim of Lien 1-16, Pg. 1 of 2

15. If required, Lienor served Preliminary Notice to the Primary Contractor, _____, on _____
by _____ .
16. If required, Lienor served Preliminary Notice to the Lender, _____,
on _____ by _____ .

**LIENOR HEREBY CLAIMS** a lien per the laws of the State of Texas _____ ,
against the property described above, in the amount of $ _____ .

Dolores Santoya                                 4-2-2017
Signature of Lienor or Lienor's Agent            Date

Dolores Santoya _____ , Lienor (or Lienor's Agent)
3703 Pueblo St _____ , Address
Dallas, TX 75212 _____ , City, State, Zip
_____ , Phone
Doloressantoya@gmail.com _____ , Email

The following boxed text applies in the State of California:

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF Texas _____ )
COUNTY OF Dallas _____ )

Subscribed and sworn to (or affirmed) before me on this 2nd day of April , 20 17 ,
by Dolores Santoya _____ , proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Carolina Veloz                          Affiant ✓ Known ___ Produced ID
Signature of Notary                     Type of ID _____
(Seal)

CAROLINA VELOZ
My Notary ID # 129106411
Expires August 29, 2020

CERTIFICATION OF MAILING

I, _____ , served a copy of this Claim of Lien on
_____ by certified USPS mail, return receipt requested,
in accordance with the law, to:

Name: _____
Address: _____

Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
04/07/2017 03:01:15 PM
$30.00



201700098669