```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      MAR - 4 2021
CLERK, U.S. DISTRICT COURT
By_____
              Deputy
```

To whom it may concern:

My name is Dolores Santoya, the mother of Gilberto Gomez. I have worked very hard to get what little I have. The house on 307 Palacios was my first house; it took five years to save for the down payment and fourteen and a half years to pay for the house off. I had to make sure that I could take care of my children, my priority.

For my two older sons, I was a stay-at-home mom until they went to school. I worked on and off, but I had to work full time when my youngest son was born. For thirty years, I worked many hours, and I worked to supply everything my children needed. By working, I was also able to help my sister Frances Cantu Felix Cantu's mother with what her kids needed and with money. I often asked myself, "Why should I help her? She never had to pay rent?" Her husband did not work too much, and she was living in our father's home. Some people may say that my kids were spoiled, but I worked through five back surgeries and even have screws in my back.

My youngest son always wanted to take care of other kids by bringing them to the house to eat. He wanted his friends to do what he did, and I would give them tickets to Six Flags and take them to eat each payday. He once told me that he did not know me, so I had to explain to him that I worked so much so that he and his sister would not have to go without anything. I would tell my children that I wanted better for them. Today, when I go to the stores and see his friends. They will give me money to send to him because they remember how Gilbert would always take them over to eat.

I did tell Gilbert that I wanted my house back because Felix was there, and he was on the run from the law, but he said that he needed someone there so no one would break into the house. He was staying in Frisco at the time with the mother of his children.

The house on 3907 Palacios is a family home. First, my uncle owned the house; then, he sold it to my aunt, who then sold the house to me. I am hoping to keep the house in the family for his children or my other grandchildren. We are a working-class family, and it only through my years of working fifty-plus hours that I have been able to provide a home for my children and grandchildren.
By allowing me to keep the house on Palacios, my hard work will be a foundation for my children and grandchildren.

Sincerely, *Dolores Santoya*


Dolores Santoya



RECEIVED
MAR -4 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Judge David C Godbey

Dolores Santoya
3703 Pueblo St
Dallas TEXAS 75212