IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff<br><br>v.<br><br>GILBERTO GOMEZ (2)<br><br>      Defendant<br><br>DOLORES SANTOYA<br><br>      Third-Party Petitioner | NO.  3:16-CR-119-N |

### ORDER

Based on the Government's Motion to Dismiss Dolores Santoya's Petition (Dkt. 166), and good cause appearing, the Court **GRANTS** the motion.  For the reasons stated in the government's motion, the petition of Dolores Santoya (Dkt. 143) is hereby dismissed for lack of standing and for failure to state a claim.

**SO ORDERED.**

Signed March 28, 2022.

                                                     _____
                                                   **JUDGE DAVID C. GODBEY**
                                                   **UNITED STATES DISTRICT JUDGE**