# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

2022 APR -7 AM 10: 44

DEPUTY CLERK __MS__

United States of American
Plaintiff

v.

Dolores Santoya
Defendant

Case Number: #3:16-CR-119-N

---

I would like to request an appt. with Judge Godbey, in the matter of case # 3:16-CR-119-N, thank you

---

\* Attach additional pages as needed.

Date: April 7, 2022
Signature: Dolores Santoya
Print Name: Dolores Santoya
Address: 3703 Pueblo St.
City, State, Zip: Dallas, Tx. 75212
Telephone: 520-990-4239

4/7/2022

Dear Honorable Judge Godbey,

I want to Appeal the decision on case #3:16-cr-119-n

Thank you,
Dolores Sartga