| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" ||
|---|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:16-CR-119-N ||
| DEFENDANT<br>Gilberto Gomez (02) | TYPE OF PROCESS<br>Order for Interlocutory Sale ||

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The real propert known as 3907 Palacios, Dallas, Dallas County, Texas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3907 Palacios, Dallas, Dallas County, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Travis K. Elder
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Asset ID: 17-DEA-635906
Pursuant to the Order for Interlocutory sale iled on March 28, 2022, the USMS, including its contractors, may sell the Subject Property according to its policies, practices, and procedures and hold the net proceeds in an interest-bearing account pending further order of this court.

Signature of Attorney other Originator requesting service on behalf of:
SHAKENIA DANIELS (Affiliate)
Digitally signed by SHAKENIA DANIELS (Affiliate)
Date: 2022.03.28 15:56:45 -05'00'
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 214-659-8600
DATE: 3/28/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 77
District to Serve No. 77
Date: 3/31/22

I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. shown at the address inserted below.

Date: 8/29/2022    Time: 9:00 am

REMARKS: Asset sold on 8/22/2022. The proceeds will remain in the Seized Assets Deposit Fund pending a Final Order of Forfeiture.

Form USM-285
Rev. 03/21